**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01317-ZLW

DWAIN BROWN,

    Plaintiff,

v.

JANET NAPOLITANO, Secretary, Department of Homeland Security,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Motion to Consolidate, Pursuant to F.R.C.P. 42 and for Leave to File an Amended Complaint" filed on September 11, 2009, is DENIED as moot because this action was dismissed by order filed on July 22, 2009.

Dated:  September 14, 2009